Complaint

To: U.S. District Court

In June 13, 2017 the facility im being housed at Core Civic inc. where there was a outbreak of scabies, This came from the women being housed with males. and the women when they enter the facility they are not being sanatized or screen for any type rashes or anything. They come straight off the street and being housed in the same building. The females also wash there clothes with ours with out using bleach. And Core Civic inc are allowing there officers to respond to Emergencies for the women and they come back to the same unit where were being housed at and they disregaurd there health risk and ours noing there is a chance of catching the scabies or any type of diseases. also staff members enterd our unit and made us sighn forms stating we was not itching if we didn't they threaten us with sebrebation and loss of good time. and medical brought 6 pills in a cup never told us what we was taken. And medical and Core Civic inc never checked inmates for the scabies medical stated the 6 pills would prevent inmates from catching the scabies. But why didn't they give it to the women if that's the case when they first come in. Then this would have prevented the outbreak here and the Court's. Core Civic inc and medical Dilebertly indifference by allowing this to happen noing it could have be prevented. i took the pills do to the fact that i was itching all over to the point there was blood the pain was unbarable at nite i could not sleep do to the scabies. Core Civic inc stated that there was not no confirmed cases out here but they treated me and other inmates for the scabies. all Doctor Bridges left and personally would not treat cases where you may have the scabies do to the fact he was scared

that he would catch theme. And this Problem is still going on out here today. And corecivic inc doesn't want to take responsibility for what they allowed to happen they Put my health at risk along with staff other inmates and the courts, we was also locked down 3 days where we was not allowed to use the Phone so we could let our family no what's going on, we were also not allowed to take a shower or anything they never ever looked at each indivual to see if they had scabies or not you can not Just take somebody's word they don't have theme, they may say no out of being Embared of other inmates finding out. if you look at Case Brown vs District of columbia 515 f 3d 1274 Dic 2008 Prison Guard or non medical officals deny or delay your access to treatment. Corecivic inc new about the Problem and did not treat in a timely manner and until News channel 5 got involved. And if you look at Case Hutto vs Finney 437 us 678 (1978) Screening of inmates and what nurses are certified to do as far as treaten inmates and the mental and Emotional 42 U.S. CA and (1997) ece. that these has caused me. And for this Claim im asking for the relief of $250,000 for mental, Physical, Emotional and Punitives Damages from core civic inc Et!al Also Boswell vs scherbune County 849 F2d 1117 (8 cir 1988) medical cost and Health at risk

Respectfully

5115 harding Pl
Nash TN, 37211

Print. DArnell Vaughn
Sighn Darnell Vaughn
Date. 8-9-17

O.CA
#13927

Darnell Vaughn
#139276
5115 Harding Place
Nashville, Tn 37210

NASHVILLE TN 370
NON CENSORED MAIL
CORE CIVIC INMATE
FOREVER USA
Barn Swallow

RECEIVED
IN CLERK'S OFFICE
AUG 1 1 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
U.S. Court House, Room 800
Nashville, Tn 37203